**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-62254-CIV-DAMIAN**

**ELENA JOSIFOVA**,

Plaintiff,

v.

**KRISTI NOEM,** *et al.*,

Defendants.

________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** came before the Court upon the Plaintiff's Notice of Voluntary Dismissal of Pursuant to F.R.C.P. 41(a)(1)(A)(i) [ECF No. 23], filed July 15, 2026. Plaintiff agrees to voluntarily dismiss the case and the Court notes that the Defendants have not filed an answer or motion for summary judgment. The Court having reviewed the Notice and being fully advised, and per Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby

**ORDERED AND ADJUDGED** that the matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 17th day of July, 2026.

________________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**